In the Matter of NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY et al., Respondents; PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Appellant.

(Argued November 19, 1934; decided December 4, 1934.)

*Charles G. Blakeslee* and *George E. McVay* for appellant.
*Elbert N. Oakes* and *Hyman Josefson* for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.